# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | | |
|---|---|---|
| **Chet Michael Wilson** <br> *Plaintiff* <br> v. <br> **TABAK LAW, LLC** <br> *Defendant* | ) ) ) ) ) ) ) ) ) ) | Civil Action No. 25-CV-1197 |

## AFFIDAVIT OF SERVICE

I, Gino Hoffmann, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to TABAK LAW, LLC in Milwaukee County, WI on August 15, 2025 at 11:25 am at 6045 N GREEN BAY AVE, GLENDALE, WI 53209-3811 by leaving the following documents with Jessica Nuhn who as Administrative Assistant is authorized by appointment or by law to receive service of process for TABAK LAW, LLC.

Summons in a Civil Action, Civil Cover Sheet, Complaint - Class Action

White Female, est. age 25-34, glasses: Y, Blonde hair, 100 lbs to 120 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=43.1269861667,-87.9346466667
Photograph: See Exhibit 1

Total Cost: $95.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in    Kenosha County                    ,            /s/ *Gino Hoffmann*
___WI___ on __8/18/2025__           .        Signature
                                             Gino Hoffmann
                                             +1 (414) 801-9834



Exhibit 1a)