# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| CHET MICHAEL WILSON, et al. <br> *Plaintiff* <br> v. <br> TABAK LAW, LLC <br> *Defendant* | ) <br> ) <br> ) Case No. 2:25CV01197 <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court.  I appear in this case as retained counsel for:

Defendant Tabak Law, LLC .

Date: 09/03/2025

Stephanie L. Dykeman
*Attorney's signature*

Stephanie L. Dykeman #1035857
*Printed name and bar number*
250 E. Wisconsin Avenue, Suite 800
Milwaukee, WI 53202

*Address*

dykeman@litchfieldcavo.com
*E-mail address*

(414) 488-1833
*Telephone number*

(414) 875-3331
*FAX number*