Case No.: 2:25-cv-01197-JPS

CHET MICHAEL WILSON, individually
and on behalf of all others similarly
situated,

        Plaintiff,

v.

TABAK LAW, LLC,

        Defendant.

_____/

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Defendant TABAK LAW, LLC ("Tabak"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 6, *et seq.*, herein serves this Unopposed Motion for Extension of Time to Respond to the Complaint (D.E. 1), and states as follows:

1. On August 11, 2025, Chet Michael Wilson ("Wilson") filed his titled Complaint - Class Action (the "Complaint"). [D.E. 1].

2. On August 15, 2025, Tabak was served with the Summons and Complaint. [D.E. 2]. Tabak's response to the Complaint is due currently on Friday, September 5, 2025.

3. On September 2, 2025, Tabak's counsel conferred with Wilson's counsel, requesting a 30-day extension of time to respond to the Complaint.

4. Wilson's counsel does not oppose the relief sought. And 30 days from today's date is Monday, October 6, 2025.

5. Tabak asserts that the relief sought herein is not made in bad faith nor for purposes of undue delay. Rather, the matters presented in the Complaint are numerous, the undersigned must meet with its client and assess the relevant facts and evidence, review the relevant

documentation and allegations in the Complaint, analyze the claims to formulate a responsive pleading, and conduct substantive legal research on the case law cited in the Complaint, including the Telephone Consumer Protection Act ("TCPA") and 47 U.S.C. § 227, and 47 C.F.R. § 64.1200. Additionally, undersigned counsel already has several deadlines pending in both state courts and federal courts during the next 30 days.

6. No party will be prejudiced by the requested 30-day extension of time.

**WHEREFORE**, Defendant TABAK LAW, LLC respectfully requests this Court grant this Motion and enter an order, providing that Defendant shall respond to the Complaint by October 6, 2025.

## CERTIFICATE OF GOOD FAITH CONFERRAL

Defendant TABAK LAW, LLC herein certifies that counsel for the parties conferred in good faith and that Wilson's counsel has agreed to a 30-day extension of time.

Date: September 3, 2025　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: */s/ Stephanie L. Dykeman*
　　　　　　　　　　　　　　　　　　　　Stephanie Dykeman# 1035857
　　　　　　　　　　　　　　　　　　　　Litchfield Cavo LLP
　　　　　　　　　　　　　　　　　　　　250 E. Wisconsin Avenue, Suite 800
　　　　　　　　　　　　　　　　　　　　Milwaukee, WI 53202
　　　　　　　　　　　　　　　　　　　　Phone: (414) 488-1833
　　　　　　　　　　　　　　　　　　　　Fax: (414) 875-3331
　　　　　　　　　　　　　　　　　　　　Dykeman@LitchfieldCavo.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 3, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certified that the foregoing document is being served this day on all counsel of record identified on the Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Stephanie L. Dykeman*
Stephanie Dykeman# 1035857