UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

CHET WILSON,

    Plaintiff,                                Case No. 25-CV-1197

v.

TABAK LAW, LLC

    Defendant.

## CORPORATE DISCLOSURE STATEMENT
## OF DEFENDANT TABAK LAW, LLC

Defendant, Tabak Law, LLC, by its attorneys, Litchfield Cavo LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1, hereby provides this corporate disclosure statement:

(1)     Name of Party the Undersigned Attorney Represents:

        Tabak Law, LLC

(2)(A) Identity of any parent corporation and any publicly held corporation owning 10% or more of its stock:

        None.

(3)     Full name of all laws firms who will appear or who are expected to appear for Tabak Law, LLC:

        Litchfield Cavo LLP
        250 E. Wisconsin Avenue, Suite 800
        Milwaukee, WI 53202
        Phone: (414) 488-1844
        Fax:    (414) 875-3331

Dated this 11th day of September, 2025.

|  |  |
|---|---|
| Litchfield Cavo LLP<br>250 E. Wisconsin Avenue<br>Suite 800<br>Milwaukee, WI  53202<br>(414) 488-1833<br>(414) 875-3331 (fax)<br>Dykeman@LitchfieldCavo.com | **LITCHFIELD CAVO LLP**<br>Attorneys for Tabak Law, LLC<br><br>s/Stephanie L. Dykeman<br>Stephanie L. Dykeman<br>S.B.W. #1035857 |