UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Case No.: 2:25-cv-01197-JPS

CHET MICHAEL WILSON, individually
and on behalf of all others similarly situated,

    Plaintiff,

TABAK LAW, LLC,

    Defendant.
_____/

### DEFENDANT'S NOTICE OF CONFERRAL ON DEFENDANT'S MOTION TO COMPEL ARBITRATION OR, ALTERNATIVELY, TO DISMISS

Defendant Tabak Law, LLC, by the undersigned counsel, hereby files this Notice of Conferral on Defendant's Motion to Compel Arbitration or, Alternatively, to Dismiss ("Motion") and states that prior to and on Tuesday, September 30, 2025, Defendant's Florida counsel and Plaintiff's counsel met and conferred regarding Defendant's positions and arguments in support of its to-be-filed Motion. Plaintiff's counsel did not agree with Defendant's positions, thereby necessitating the filing of the Motion.

Date: October 6, 2025

Respectfully submitted,

By: */s/Hannah M. Binau*
Hannah M. Binau # 1135862
Stephanie Dykeman# 1035857
Litchfield Cavo LLP
250 E. Wisconsin Avenue, Suite 800
Milwaukee, WI 53202
Phone: (414) 488-1833 (Dykeman)
Phone: (414) 488-1834
Fax: (414) 875-3331
Dykeman@LitchfieldCavo.com
Binau@LitchfieldCavo.com

By: */s/Jeffrey Gilbert*
**JEFFREY GILBERT**
(***Pro Hac Vice to be Filed***)
Florida Bar No. 375411
Jeffrey.Gilbert@gmlaw.com
Melissa.Fernandez@gmlaw.com
**GREENSPOON MARDER LLP**
600 Brickell Avenue, 36th Floor
Miami, FL 33131
Direct Phone Number: 305-789-2761
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 6, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certified that the foregoing document is being served this day on all counsel of record identified on the Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/Hannah M. Binau*
Hannah M. Binau # 1135862

2