Case No.: 2:25-cv-01197-JPS

CHET MICHAEL WILSON, individually
and on behalf of all others similarly situated,

      Plaintiff,


TABAK LAW, LLC,

      Defendant.

_____/

**DECLARATION OF MUKUND BHAGAVAN IN SUPPORT OF DEFENDANT'S**
**MOTION TO COMPEL ARBITRATION OR, ALTERNATIVELY, TO DISMISS**

      I, Mukund Bhagavan, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following statements are true and correct to the best of my knowledge, information, and belief:

      1.     I am the CEO of Performek, Inc., a Delaware stock corporation, incorporated on March 15, 2017. My business address is 1528 Webster Street, Oakland, California. I am over the age of 18 and I am competent to testify to the matters stated herein and would so testify, if called.

      2.     This Declaration is made based on non-privileged personal knowledge or from non-privileged documents over which I have care, custody, and control. These records were made at or near the time of an event by someone with knowledge, are kept in the regular course of business, and are part of Performek, Inc.'s regular practice to make and maintain such records.

      3.     The Declaration and the attached, incorporated screenshots from the trusted form powered by Activeprospect and the website Disabilitypath.com are made in support of Tabak Law, LLC's Motion to Compel Arbitration or, Alternatively, to Dismiss, filed in the above-styled action ("Motion").

      4.     The trusted form powered by ActiveProspect, an independent Internet lead certification authority, was captured and sent to Performek, Inc. The trusted form has a Certificate of Authenticity for Web Leads and the certificate ID is 19d80683287267e23d45ec459b8593aa6612a3b4.

      5.     The screenshots and documents of the trusted form powered by ActiveProspect attached hereto are what they purport to be and give a fair and accurate depiction of the actual size of text, the color of text as compared to background, location of the text, the obviousness of the

hyperlink, and whether other elements on the screen clutter or otherwise obscure the textual notice, as follows:

     a.  Exhibit A-1 [pp. 1-2] [Event Log];
     b.  Exhibit A-2 [pp. 3-4] [History Log];
     c.  Exhibit A-3 [pp. 5-6] [Screen Recording Screenshots];
     d.  Exhibit A-4 [pp. 7] [Certificate of Authenticity for Web Leads].

6.     No alterations, modifications, or enhancements have been made to the screenshots of the trusted form powered by ActiveProspect other than formatting for presentation purposes (e.g., cropping or redaction of unrelated content).

7.     The website information of the trusted form powered by ActiveProspect referenced herein was accessed using a standard web browser and internet connection without the use of any tools or software that would alter or manipulate the displayed content.

8.     The screenshots of the trusted form powered by ActiveProspect accurately reflect the content, layout, and information publicly available on the Site at the time they were captured.

9.     The screenshots of the Terms and Conditions of the website located at https://www.disabilitypath.com/disability-path-terms-of-service are accurate depictions of the Terms and Conditions as of January 1, 2025.

10.     The supporting documentation of the Site is as follows:

     a.  Exhibit B-1 [pp. 1-11] [Terms and Conditions].

11.     No alterations, modifications, or enhancements have been made to the screenshots of the Site other than formatting for presentation purposes (e.g., cropping or redaction of unrelated content).

12.     The website information of the Site referenced herein was accessed using a standard web browser and internet connection without the use of any tools or software that would alter or manipulate the displayed content.

13.     Tabak Law, LLC is identified by name as a Marketing Partner and is a Third-Party Legal Professional as referred to on the Site.

Executed on this 6th day of October, 2025, in Lafayette, California.

Signature: _____
Name & Title: _____
Date: 10/06/2025

2

# EXHIBIT A

**Exhibit A-1 [pp. 1-2] [Event Log]**



Back to your account 

Certificate of Authenticity for Web Leads

🔗 Share ✅ Retained

| Certificate | Session Replay | **Event Log** | History |

# Event Log

Certificate ID: 19d80683287267e23d45ec459b8593aa6612a3b4

Showing **32** Events

🔍 _____ ✕

| Date/Timestamp ▾ | Event |
|---|---|
| 2025/05/05 10:52:17 | submitted form |
| 2025/05/05 10:52:17 | submitted form |
| 2025/05/05 10:52:17 | clicked on [unnamed p] |
| 2025/05/05 10:52:15 | typed '9' in [phone] |
| 2025/05/05 10:52:15 | typed '9' in [phone] |
| 2025/05/05 10:52:15 | typed '9' in [phone] |
| 2025/05/05 10:52:15 | typed '9' in [phone] |
| 2025/05/05 10:52:14 | typed '9' in [phone] |
| 2025/05/05 10:52:14 | typed '9' in [phone] |
| 2025/05/05 10:52:14 | typed '9' in [phone] |
| 2025/05/05 10:52:14 | typed '1' in [phone] |
| 2025/05/05 10:52:13 | typed '4' in [phone] |
| 2025/05/05 10:52:13 | typed '5' in [phone] |
| 2025/05/05 10:52:13 | started typing in [phone] |
| 2025/05/05 10:52:11 | resized the window |
| 2025/05/05 10:52:11 | clicked on [phone] |
| 2025/05/05 10:52:09 | resized the window |
| 2025/05/05 10:52:09 | submitted form |
| 2025/05/05 10:52:09 | submitted form |
| 2025/05/05 10:52:09 | clicked on [unnamed strong] |
| 2025/05/05 10:52:06 | changed value to 'Shade ' in [lname] |
| 2025/05/05 10:52:06 | changed value to 'Shade' in [lname] |
| 2025/05/05 10:52:04 | changed value to 'S' in [lname] |
| 2025/05/05 10:52:04 | started typing in [lname] |
| 2025/05/05 10:52:03 | clicked on [lname] |
| 2025/05/05 10:52:02 | changed value to 'Tia ' in [fname] |

| 2025/05/05 | 10:52:00 | resized the window |
| 2025/05/05 | 10:52:00 | clicked on [fname] |
| 2025/05/05 | 10:51:59 | certificate created |

© Copyright 2010-2024 ActiveProspect, Inc. All rights reserved.

TrustedForm                                               Back to your account

Certificate of Authenticity for Web Leads                     Share          ✅ Retained

| Certificate | Session Replay | Event Log | History |

# History

Certificate ID: 19d80683287267e23d45ec459b8593aa6612a3b4

### May 5, 2025, 10:52:20 AM EDT

Age:                                                                          3 seconds

Reference:                                        07baf4fb-7e97-4d25-a9eb-209b29fc3de6

© Copyright 2010-2024 ActiveProspect, Inc. All rights reserved.





🇺🇸 ⌄ +1 541 999 9999 ✓

**See What I Am Eligible For 👉**

See What I Am Eligible For 👉

By clicking 'See What I Am Eligible For', I provide express written consent to Disability Path and one or more disability firms, their agents, and marketing partners to contact me via calls, SMS, and prerecorded or artificial voice messages using automated technology at the number provided above, even if my telephone number is listed on any Do Not Call registry, for marketing purposes in order to assist with my request for a free case evaluation. Consent is not required as a condition of service. Please review our privacy policy for more details.

marketing partners

Privacy policy

**Exhibit A-4 [pp. 6-7] [Certificate of Authenticity for Web Leads]**

 

## Certificate of Authenticity for Web Leads

Share   ✓ Retained

| Certificate | Session Replay | Event Log | History |

# Certificate of Authenticity for Web Leads



Certificate ID: 19d80683287267e23d45ec459
b8593aa6612a3b4

This certificate was issued by TrustedForm.com from ActiveProspect, the independent Internet lead certification authority. It certifies the following information about this lead:

## When did they visit?

Visit date:                                           May 5, 2025

Visit time:                                           10:51:59 AM EDT

Time on page:                                         18 seconds

## Where did they visit?

Page URL:              https://lp.disabilitypath.com/analytics-email-new-copy/page_vjdh8/

## Who visited?

Remote IP Address:                                    71.94.172.90

Operating System: Android 15

## What did they see?

Trustedform captures a copy of the web page viewed by the visitor and the user events that took place on the page including form inputs, mouse movements and clicks. It plays these events back as a session replay of how the user interacted with the page.

View Session Replay

© Copyright 2010-2024 ActiveProspect, Inc. All rights reserved.

# EXHIBIT B



- **Home**

- **SSD Benefits**

- **SSD Claims Guide**

- **Resources**

**Last Updated: November 2023**

**DisabilityPath Website Terms and Conditions**

Thank you for visiting the DisabilityPath website located at disabilitypath.com (the "Site"). The Site is an Internet property of DisabilityPath ("Company," "we," "our" or "us"). Each end-user visitor to the Site ("User," "you" or "your") agrees to the DisabilityPath Website Terms and Conditions ("Terms and Conditions"), in their entirety, when she/he: (a) accesses or uses the Site; (b) accesses and/or views any of the: (i) links ("Third-Party Links") to resources and/or information pertaining to prospective legal proceedings associated with mass tort and/or personal injuries, as well as related products and/or services (collectively, "Legal Matters"); and/or (ii) text, video and/or other information pertaining to the Legal Matters, as well as related products and/or services, as made available on the Site (the "Informational Content," and together with the Third-Party Links, the "Content"); (c) accesses links to Company's social media pages/accounts featured on third-party social media websites, such as Facebook®, (collectively, "Social Media Pages"); and/or (d) utilizes the various contact forms and/or contact information made available on the Site as a means to contact directly, or request to be contacted by, Company and/or attorneys or providers associated with the Legal Matters specified by you in connection with the contact form (collectively, the "Third-Party Legal Professionals") (collectively, the "Contact Services," and together with the Site, Content and Social Media Pages, the "Site Offerings").

The following Terms and Conditions are inclusive of the DisabilityPath Privacy Policy ("Privacy Policy") and any and all other applicable operating rules, policies, price schedules and other supplemental terms and conditions or documents that may be published from time to time, which are expressly incorporated herein by reference (collectively, the "Agreement"). By using and/or accessing the Site Offerings, Users agree to comply with and be bound by the Agreement in its entirety. PLEASE REVIEW THE TERMS OF THE AGREEMENT CAREFULLY. IF A USER DOES NOT AGREE WITH THE TERMS OF THE AGREEMENT IN THEIR ENTIRETY, THAT USER IS NOT AUTHORIZED TO USE THE SITE OFFERINGS IN ANY MANNER OR FORM.

THE AGREEMENT CONTAINS DISCLAIMERS OF WARRANTIES, LIMITATIONS OF LIABILITY, RELEASES, A CLASS-ACTION WAIVER, AND THE REQUIREMENT TO ARBITRATE ANY AND ALL CLAIMS THAT MAY ARISE HEREUNDER. THE AFOREMENTIONED PROVISIONS ARE AN ESSENTIAL BASIS OF THE AGREEMENT.

Please be advised that Company is not a law firm or a lawyer referral service. As such, Company offers no legal advice, recommendations, mediation or counselling in connection with any Legal Matter, under any circumstances, and nothing we do and no element of the Site Offerings should be construed as such. Without limiting the generality of the foregoing, Company does not itself provide legal-related products and/or services in connection with any Legal Matter, and the ultimate terms and conditions of any legal-related products and/or services made available via the Contact Services, or otherwise by and through the Site Offerings, shall be determined by the applicable Third-Party Legal Professional.

Any use of the Site Offerings by you, including information submitted by you to Company, is not intended to, and will not create, an attorney-client relationship between you and Company or any of the Third-Party Legal Professionals. The Site Offerings are not a substitute for professional legal and/or financial advice. You should always check with your attorney, accountant and/or other legal/financial services providers to be sure that any advice, products and/or services offered by and/or through the Site Offerings are appropriate for you. Reliance on any information made available to you by and through the Site Offerings, including the Content, is solely at your own risk. Company disclaims any and all liability for any loss, damage or injury based on information directly or indirectly obtained through the Site Offerings.

Facebook® is a registered trademark of Facebook, Inc. ("Facebook"). Google+ is a registered trademark of Google, Inc. ("Google"). Pinterest® is a registered trademark of Pinterest, Inc. ("Pinterest"). Twitter® is a registered trademark of Twitter, Inc. ("Twitter"). Please be advised that Company is not in any way affiliated with Facebook, Google, Pinterest or Twitter, nor are the Site Offerings endorsed, administered or sponsored by any of the foregoing entities.

Scope; Modification of Agreement. The Agreement constitutes the entire and only agreement between Users and Company with respect to Users' use of the Site Offerings, and supersedes all prior or contemporaneous agreements, representations, warranties and/or understandings with respect to same. Company may amend the Agreement from time to time in its sole discretion, without specific notice to Users; provided, however, that any amendment or modification to the arbitration provisions, prohibition on class action provisions or any other provisions applicable to dispute resolution (collectively, "Dispute Resolution Provisions") shall not apply to any disputes incurred prior to the applicable amendment or modification. The latest Agreement will be posted on the Site, and Users should review the Agreement prior to using any Site Offerings. By a User's continued use of the Site Offerings, that User hereby agrees to comply with all of the terms and conditions contained within the Agreement effective at that time (other than with respect to disputes arising prior to the amendment or modification of the Dispute Resolution Provisions, which shall be governed by the Dispute Resolution Provisions then in effect at the time of the subject dispute).

Requirements; Termination of Access to the Site Offerings. The Site Offerings are available only to individuals who: (a) are eighteen (18) years of age (or the applicable age of majority, if greater than eighteen (18) years of age in their jurisdiction of residence) or older; and (b) can enter into legally binding contracts under applicable law. If a User is under eighteen (18) years of age (or the applicable age of majority, if greater than eighteen (18) years of age in her/his jurisdiction of residence) and/or if that User is unable to enter into legally binding contracts under applicable law, that User does not have permission to use and/or access the Site Offerings.

Company may terminate a User's access to the Site Offerings at any time and for any reason, in its sole discretion. Such reasons may include, without limitation, where Company believes that such User is: (i) in any way in breach of the Agreement; and/or (ii) engaged in any improper conduct in connection with the Site Offerings.

Contact Services; Third-Party Service Providers. Where a User attempts to utilize the Contact Services, that User may be required to submit, and Company may collect, some or all of the following information: (a) the User's full name; (b) the User's e-mail address; (c) the User's telephone number; (d) the User's zip code; (e) the User's date of birth; (f) whether the User has obtained legal representation already; (g) questions pertaining to the type of Legal Matter that the User is inquiring about (e.g. type of injury suffered, date of injury, etc.); and (h) any other information requested on the applicable form (collectively, the "User Data").
Upon entering User Data and clicking on the applicable submission button on the Site, Company may pass your User Data along to one (1) or more of its Third-Party Legal Professionals. Each User agrees to provide true, accurate, current and complete User Data. Company's use of User Data shall be governed by the Privacy Policy. For a copy of the Privacy Policy, please click here.

Company does not itself provide legal-related products and/or services in connection with any Legal Matter, and the ultimate terms and conditions of any legal-related products and/or services made available via the Contact Services, or otherwise by and through the Site Offerings, shall be determined by the applicable Third-Party Legal Professional. YOU UNDERSTAND AND AGREE THAT COMPANY SHALL NOT BE LIABLE TO YOU OR ANY THIRD-PARTY FOR ANY PRODUCTS AND/OR SERVICES OFFERED BY ANY THIRD-PARTY LEGAL PROFESSIONAL.

Law-Related Disclosures; Non-Endorsement; Passive Conduit.
Company is not a law firm or a lawyer referral service. As such, Company offers no legal advice, recommendations, mediation or counseling in connection with any legal matter, under any circumstances, and nothing we do, and no element of the Site Offerings, should be construed as such. Please use caution and common sense when using the Site Offerings. Company in no way endorses the content or legality of any responses, statements or promises made by Third-Party Legal Professionals or any other parties featured on the Site or otherwise through the Site Offerings. You should always check with your attorney, accountant and/or other advisors to be sure that any advice, products and/or services offered by and/or through the Site Offerings are appropriate for you.
Some of the Third-Party Legal Professionals who are accessible by and through the Contact Services pay a fee for inclusion in the Contact Services; provided, however, that Company does not receive any portion of any Third-Party Legal Professional's fees.
Any use of the Site Offerings by Users is not intended to, and will not create, an attorney-client relationship between any such Users and Company. Without limiting the foregoing, any information submitted to Company and/or any electronic or other communication sent to Company will not create, or be covered by, an attorney-client relationship between Users and Company.
The Site Offerings facilitate communication between Third-Party Legal Professionals and potential users of associated law-related products and/or services. Company does not guarantee that Users will successfully find legal representation through the Site Offerings. The determination of the need for legal services and the choice of legal representation are extremely important

decisions and should not be based solely on advertisements, claims of expertise or cost offered by any Third-Party Legal Professional.

Company does not review the standing of any Third-Party Legal Professionals with any regulatory authority or bar association. Therefore, Company makes no representation regarding the status, standing or ability of any Third-Party Legal Professional. When considering retaining a Third-Party Legal Professional, Users should ask for free background information from that Third-Party Legal Professional and check that Third-Party Legal Professional's standing with the applicable state bar association. Company is not responsible for, and in no way endorses, any description or indication of specialization or limitation of practice by any Third-Party Legal Professionals that are accessible through the Site Offerings. Please be aware that no agency or board may have certified such Third-Party Legal Professional as a specialist or expert in any indicated field of law practice. In addition, a Third-Party Legal Professional claiming specialization is not necessarily any more expert or competent than other legal professionals. Users should make an independent investigation, confirm and verify all claims made by Third-Party Legal Professionals. Users are encouraged to use caution when reviewing any information submitted by Third-Party Legal Professionals. Except where otherwise indicated, the Third-Party Legal Professionals are not certified by the Florida State Bar Board of Legal Specialization and Education, the Texas State Board of Legal Specialization ("Not Certified by the Texas Board of Legal Specialization"), or any other entity or body.

Laws vary across legal jurisdictions and may be subject to interpretation by different courts. Laws are also very specific to individual facts and circumstances, and the law-related Content may not fit your particular circumstance. The law-related Content is provided for informational purposes only, and may not reflect current legal developments or variances in the law of different jurisdictions. The law-related Content does not necessarily reflect the opinions of any Third-Party Legal Professionals, their partners, clients or affiliates.

Certain law-related Content may include descriptions of successful lawsuits brought by Third-Party Legal Professionals. These descriptions are not meant to create any unjustified expectations that similar results can be obtained for others, because each case is determined on its own specific factual and legal circumstances. No Third-Party Legal Professional can guarantee the success of a case, and past successes, even in very similar lawsuits, do not mean that success in a subsequent case is guaranteed or even likely. Results depend upon a variety of factors unique to each case.

Company does not involve itself in the agreements between Users and Third-Party Legal Professionals or the actual provision of law-related products and/or services in connection with the relationships created thereby.

Additional State Specific Disclosures:

Alabama

No representation is made that the quality of the legal services to be performed by the Third-Party Legal Professionals is greater than the quality of legal services performed by other attorneys.

Alaska

The Alaska Bar Association does not accredit or endorse certifying organizations.

Florida

Company operates as a "Lawyer Directory" as defined under Florida Rule 4-7.23.

Hawaii

There is no procedure for review or approval of specialist certification organizations in Hawaii.

Illinois

The Supreme Court of Illinois does not recognize certifications of specialties in the practice of law and such a certificate, award or recognition is not a requirement to practice law in Illinois.

Iowa

Memberships and offices in legal fraternities and legal societies, technical and professional licenses, and memberships in scientific, technical and professional associations and societies of law or field of practice do not mean that a Third-Party Legal Professional is a specialist or expert in a field of law, nor do they mean that such Third-Party Legal Professional is necessarily any more expert or competent than any other lawyer. A description or indication of limitation of practice does not mean that any agency or board has certified such Third-Party Legal Professional as a specialist or expert in an indicated field of law practice, nor does it mean that such Third-Party Legal Professional is necessarily any more expert or competent than any other lawyer.

Kentucky

THIS IS AN ADVERTISEMENT.

Massachusetts

If a Massachusetts Third-Party Legal Professional holds himself or herself out as "certified" in a particular service, field or area of law by a non-governmental body, the certifying organization is a private organization, whose standards for certification are not regulated by the Commonwealth of Massachusetts.

Mississippi

Free background information is available upon request for any Mississippi Third-Party Legal Professional. The listing of any area of practice by a Mississippi Third-Party Legal Professional does not indicate any certification of expertise therein.

Missouri

Neither the Supreme Court of Missouri, nor the Missouri Bar, reviews or approves certifying organizations or specialist designations.

Nevada

Neither the State Bar of Nevada, nor any agency of the State Bar, has certified any Third-Party Legal Professional identified here as a specialist or as an expert.

New Jersey

Any certification as a specialist, or any certification in a field of practice, that does not state that such certification has been granted by the Supreme Court of the State of New Jersey or by an organization that has been approved by the American Bar Association, indicates that the certifying organization has not been approved, or has been denied approval, by the Supreme Court of the State of New Jersey and the American Bar Association.

New Mexico

Any certification by an organization other than the New Mexico Board of Legal Specialization does not constitute recognition by the New Mexico Board of Legal Specialization, unless the Third-Party Legal Professional is also recognized by the Board as a specialist in that area of law.

New York

Prior results obtained by Third-Party Legal Professionals do not guarantee a similar outcome.

Rhode Island

The Rhode Island Supreme Court does not license or certify any Third-Party Legal Professional as an expert or specialist in any field of practice.

Tennessee

Unless otherwise indicated, Tennessee Third-Party Legal Professionals are not certified as specialists by the Tennessee Commission on Continuing Legal Education and Specialization in the areas of practice listed on their Listings.

Texas

Unless otherwise indicated, Texas Third-Party Legal Professionals are Not Certified by the Texas Board of Legal Specialization in the areas of practice listed on their Listings.

Washington

The Supreme Court of Washington does not recognize certification of specialties in the practice of law. Any certificate, award or recognition by a group, organization or association used by a Washington Third-Party Legal Professional to describe his or her qualifications as a lawyer or qualifications in any subspecialty of law is not a requirement to practice law in the State of Washington.

Wyoming

The Wyoming State Bar does not certify any Third-Party Legal Professional as a specialist or expert.

Content; Third-Party Links. The Site contains Content which includes, but is not limited to, text, video and other information pertaining to Legal Matters, as well as regularly updated Third-Party Links. The Content is offered for informational purposes only and is at all times subject to the disclaimers contained herein, and on the Site.

Social Media Pages. The Site contains links to the various Company Social Media Pages. The Social Media Pages are hosted and made available on third-party websites ("Social Media Websites") by third-party entities. Your use of Social Media Pages and Social Media Websites shall be governed by those Social Media Websites' applicable agreements, terms and conditions. You understand and agree that Company shall not be liable to you, any other User or any third-party for any claim in connection with your use of, or inability to use, the Social Media Pages and/or Social Media Websites.

Interactions. Users are solely responsible for their interactions with Third-Party Legal Professionals. Because Company is not involved in User interactions, in the event that you have a dispute with one or more Third-Party Legal Professionals or other Users, you hereby release Company from any and all claims, demands and/or damages (actual and consequential) of every kind and nature, known and unknown, suspected and unsuspected, disclosed and undisclosed, arising out of, or in any way connected with, such disputes.

Representations and Warranties. Each User hereby represents and warrants to Company as follows: (a) the Agreement constitutes the legal, valid and binding obligation of User which is fully enforceable against such User in accordance with its terms; (b) User understands and agrees that User has independently evaluated the desirability of utilizing the Site Offerings and that User represents that she/he has not relied on any representation and/or warranty other than those set forth in the Agreement; (c) the execution, delivery and performance of the Agreement by User will not conflict with or violate: (i) any order, judgment or decree applicable to User; or (ii) any agreement or other instrument applicable to User; and (d) the performance under this Agreement and the use of the Site Offerings will not violate any applicable laws, rules or regulations.

Indemnification. Each User agrees to indemnify, defend and hold Company, Third-Party Legal Professionals, and their respective members, officers, directors, employees, agents, affiliates and attorneys, harmless from and against any and all liabilities, claims, actions, suits, proceedings, judgments, fines, damages, costs, losses and/or expenses (including reasonable attorneys' fees, court costs and/or settlement costs) arising from and/or related to: (a) any dispute between that User and any other User, Third-Party Legal Professional or third-party; (b) that User's breach of the Agreement and/or any representation or warranty contained herein; and/or (c) that User's unauthorized and/or improper use of the Site Offerings. The provisions of this Section 9 are for the benefit of Company, its parents, subsidiaries and/or affiliates, and each of their respective Third-Party Legal Professionals, officers, directors, members, employees, agents, shareholders, licensors, suppliers and/or attorneys. Each of these individuals and entities shall have the right to assert and enforce these provisions directly against you on its own behalf.

License Grant. Each User is granted a non-exclusive, non-transferable, revocable and limited license to access and use the Site Offerings. Company may terminate this license at any time for any reason. Unless otherwise expressly authorized by Company, Users may only use the Site

Offerings for their own personal, non-commercial use. No part of the Site Offerings may be reproduced in any form or incorporated into any information retrieval system, electronic or mechanical. No User or other third-party may use any automated means or form of scraping or data extraction to access, query or otherwise collect material from the Site Offerings except as expressly permitted by Company. No User or other third-party may use, copy, emulate, clone, rent, lease, sell, modify, decompile, disassemble, reverse engineer or transfer the Site Offerings, or any portion thereof. No User or other third-party may create any "derivative works" by altering any aspect of the Site Offerings. No User or other third-party may use the Site Offerings in conjunction with any other third-party content. No User or other third-party may exploit any aspect of the Site Offerings for any commercial purposes not expressly permitted by Company. Each User further agrees to indemnify and hold Company harmless for that User's failure to comply with this Section 10. Company reserves any rights not explicitly granted in the Agreement.

Proprietary Rights. The Site Offerings, as well as the organization, graphics, design, compilation, magnetic translation, digital conversion, software, services and other matters related to same, are protected under applicable copyrights, trademarks and other proprietary (including, but not limited to, intellectual property) rights. The copying, redistribution or publication by any User or other third-party of any part of the Site Offerings is strictly prohibited. No User or other third-party acquires ownership rights in or to any content, document, software, services or other materials viewed by or through the Site Offerings. The posting of information or material by and through the Site Offerings does not constitute a waiver of any right in or to such information and/or materials. The "DisabilityPath" name and logo, and all associated graphics, icons and service names, are trademarks of Granite Media, LLC. All other trademarks appearing by and through the Site Offerings are the property of their respective owners. The use of any trademark without the applicable trademark owner's express written consent is strictly prohibited.

Legal Warning. Any attempt by any individual to damage, destroy, tamper with, vandalize and/or otherwise interfere with the operation of the Site Offerings is a violation of criminal and civil law and Company will diligently pursue any and all remedies against any offending individual or entity to the fullest extent permissible by law and in equity.

Disclaimer of Warranties. THE SITE OFFERINGS AND ANY OTHER PRODUCTS AND/OR SERVICES OFFERED BY AND/OR THROUGH SAME ARE PROVIDED TO USERS ON AN "AS IS" AND "AS AVAILABLE" BASIS AND ALL WARRANTIES, EXPRESS AND IMPLIED, ARE DISCLAIMED TO THE FULLEST EXTENT PERMISSIBLE PURSUANT TO APPLICABLE LAW (INCLUDING, BUT NOT LIMITED TO, THE DISCLAIMER OF ANY WARRANTIES OF MERCHANTABILITY, NON-INFRINGEMENT OF INTELLECTUAL PROPERTY AND/OR FITNESS FOR A PARTICULAR PURPOSE). IN PARTICULAR, BUT NOT AS A LIMITATION THEREOF, COMPANY MAKES NO WARRANTY THAT THE SITE OFFERINGS AND/OR ANY OTHER PRODUCTS AND/OR SERVICES OFFERED BY AND/OR THROUGH SAME: (A) WILL MEET ANY USER'S REQUIREMENTS; (B) WILL BE UNINTERRUPTED, TIMELY, SECURE OR ERROR-FREE OR THAT DEFECTS WILL BE CORRECTED; (C) WILL BE FREE OF HARMFUL COMPONENTS; (D) WILL ENABLE ANY USER TO OBTAIN LEGAL-RELATED PRODUCTS OR SERVICES; AND/OR (E) WILL BE ACCURATE OR RELIABLE. THE SITE OFFERINGS AND/OR ANY OTHER PRODUCTS AND/OR SERVICES OFFERED BY AND/OR THROUGH SAME MAY CONTAIN BUGS, ERRORS, PROBLEMS OR OTHER LIMITATIONS. COMPANY WILL NOT BE LIABLE FOR THE AVAILABILITY OF THE UNDERLYING INTERNET CONNECTION ASSOCIATED WITH THE SITE OFFERINGS. NO ADVICE OR INFORMATION, WHETHER ORAL OR

WRITTEN, OBTAINED BY ANY USER FROM COMPANY OR OTHERWISE THROUGH OR FROM THE SITE OFFERINGS SHALL CREATE ANY WARRANTY NOT EXPRESSLY STATED IN THE AGREEMENT.

Limitation of Liability. EACH USER EXPRESSLY UNDERSTANDS AND AGREES THAT COMPANY SHALL NOT BE LIABLE TO THAT USER OR ANY THIRD-PARTY FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL AND/OR EXEMPLARY DAMAGES INCLUDING, BUT NOT LIMITED TO, DAMAGES FOR LOSS OF PROFITS, GOODWILL, USE, DATA OR OTHER INTANGIBLE LOSSES (EVEN IF COMPANY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES), TO THE FULLEST EXTENT PERMISSIBLE BY LAW FOR: (A) THE USE OR INABILITY TO USE THE SITE OFFERINGS AND/OR ANY OTHER PRODUCTS AND/OR SERVICES OFFERED BY AND/OR THROUGH SAME; (B) THE COST OF PROCUREMENT OF SUBSTITUTE GOODS AND SERVICES RESULTING FROM ANY GOODS, DATA, INFORMATION, CONTENT AND/OR ANY OTHER PRODUCTS OR SERVICES PURCHASED OR OBTAINED FROM OR THROUGH THE SITE OFFERINGS; (C) ANY DISPUTE BETWEEN ANY USERS, ENTITIES, THIRD-PARTY LEGAL PROFESSIONALS AND/OR OTHER THIRD PARTIES; (D) THE UNAUTHORIZED ACCESS TO, OR ALTERATION OF, ANY USER DATA; (E) THE FAILURE TO OBTAIN LEGAL-RELATED PRODUCTS AND/OR SERVICES; AND (F) ANY OTHER MATTER RELATING TO THE SITE OFFERINGS AND/OR ANY OTHER PRODUCTS AND/OR SERVICES OFFERED BY AND/OR THROUGH SAME. THIS LIMITATION APPLIES TO ALL CAUSES OF ACTION, IN THE AGGREGATE INCLUDING, BUT NOT LIMITED TO, BREACH OF CONTRACT, BREACH OF WARRANTY, NEGLIGENCE, STRICT LIABILITY, MISREPRESENTATION AND ANY AND ALL OTHER TORTS. EACH USER HEREBY RELEASES COMPANY FROM ANY AND ALL OBLIGATIONS, LIABILITIES AND CLAIMS IN EXCESS OF THE LIMITATIONS STATED HEREIN. IF APPLICABLE LAW DOES NOT PERMIT SUCH LIMITATIONS, THE MAXIMUM LIABILITY OF COMPANY TO ANY USER UNDER ANY AND ALL CIRCUMSTANCES WILL BE FIVE HUNDRED DOLLARS ($500.00). NO ACTION, REGARDLESS OF FORM, ARISING OUT OF THE SITE OFFERINGS AND/OR ANY OTHER PRODUCTS AND/OR SERVICES OFFERED BY AND/OR THROUGH SAME, MAY BE BROUGHT BY ANY USER OR COMPANY MORE THAN ONE (1) YEAR FOLLOWING THE EVENT WHICH GAVE RISE TO THE CAUSE OF ACTION. THE NEGATION OF DAMAGES SET FORTH ABOVE IS A FUNDAMENTAL ELEMENT OF THE BASIS OF THE BARGAIN BETWEEN EACH USER AND COMPANY. ACCESS TO THE SITE OFFERINGS WOULD NOT BE PROVIDED TO USERS WITHOUT SUCH LIMITATIONS. SOME JURISDICTIONS DO NOT ALLOW CERTAIN LIMITATIONS ON LIABILITY AND IN SUCH JURISDICTIONS THE LIABILITY OF COMPANY SHALL BE LIMITED TO THE MAXIMUM EXTENT PERMITTED BY LAW.

Third-Party Websites. The Site Offerings contain links to other websites on the Internet that are owned and operated by third-parties including, without limitation, the Social Media Websites, Third-Party Legal Professional websites and/or Third-Party Links. Company does not control the information, products or services made available on, by or through these third-party websites. The inclusion of any link does not imply endorsement by Company of the applicable website or any association with the website's operators. Because Company has no control over such websites and/or resources, each User agrees that Company is not responsible or liable for the availability or the operation of such external websites, for any material located on or available from or through

any such websites or for the protection of any User's data privacy by third-parties. Each User further agrees that Company shall not be responsible or liable, directly or indirectly, for any loss or damage caused by the use of or reliance on any such material available on, by or through any such site.

Editing, Deleting and Modification. Company reserves the right in its sole discretion to edit and/or delete any documents, information or Content appearing on the Site.

Use of User Information. All material submitted by Users through or in association with the Site Offerings including, without limitation, the User Data, shall be subject to the Privacy Policy. For a copy of the Privacy Policy, please click here.

Dispute Resolution Provisions. The Agreement shall be treated as though it were executed and performed in Orange County in the State of California and shall be governed by and construed in accordance with the laws of the State of California (without regard to conflict of law principles).

Should a dispute arise between you and either the Company or a Third-Party Legal Professional concerning the Site Offerings, the terms and conditions of the Agreement or the breach of same by any party hereto: (a) each party agrees to submit their dispute for resolution by arbitration before a reputable arbitration organization as mutually agreed upon by the parties, in accordance with the then current Commercial Arbitration rules of the American Arbitration Association; and (b) you agree to first commence a formal dispute proceeding by completing and submitting an Initial Dispute Notice which can be found here.

We may choose to provide you with a final written settlement offer after receiving your Initial Dispute Notice ("Final Settlement Offer"). If we provide you with a Final Settlement Offer and you do not accept it, or we cannot otherwise satisfactorily resolve your dispute and you wish to proceed, you must submit your dispute for resolution by arbitration before a reputable arbitration organization as mutually agreed upon by the parties, in your county of residence, by filing a separate Demand for Arbitration, which is available here. For claims of Ten Thousand Dollars ($10,000.00) or less, you can choose whether the arbitration proceeds in person, by telephone or based only on submissions. If the arbitrator awards you relief that is greater than our Final Settlement Offer, then we will pay all filing, administration and arbitrator fees associated with the arbitration and, if you retained an attorney to represent you in connection with the arbitration, we will reimburse any reasonable attorneys' fees that your attorney accrued for investigating, preparing and pursuing the claim in arbitration. Any award rendered shall be final and conclusive to the parties and a judgment thereon may be entered in any court of competent jurisdiction. Nothing contained herein shall be construed to preclude any party from: (i) seeking injunctive relief in order to protect its rights pending an outcome in arbitration; and/or (ii) pursuing the matter in small claims court rather than arbitration. Although we may have a right to an award of attorneys' fees and expenses if we prevail in arbitration, we will not seek such an award from you unless the arbitrator determines that your claim was frivolous.

To the extent permitted by law, you agree that you will not bring, join or participate in any class action lawsuit as to any claim, dispute or controversy that you may have against Company, Third-Party Legal Professionals, and/or their respective employees, officers, directors, members, representatives and/or assigns. You agree to the entry of injunctive relief to stop such a lawsuit or to remove you as a participant in the suit. You agree to pay the attorney's fees and court costs that Company incurs in seeking such relief. This provision preventing you from bringing, joining or participating in class action lawsuits: (A) does not constitute a waiver of any of your rights or remedies to pursue a claim individually and not as a class action in binding arbitration as provided above; and (B) is an independent agreement. You may opt-out of these dispute resolution

provisions by providing written notice of your decision within thirty (30) days of the date that you first access the Site.

Miscellaneous. To the extent that anything in or associated with the Site Offerings is in conflict or inconsistent with the Agreement, the Agreement shall take precedence. Company's failure to enforce any provision of the Agreement shall not be deemed a waiver of such provision nor of the right to enforce such provision. The parties do not intend that any agency or partnership relationship be created through operation of the Agreement. Should any part of the Agreement be held invalid or unenforceable, that portion shall be construed consistent with applicable law and the remaining portions shall remain in full force and effect. Company may assign its rights and obligations under the Agreement, in whole or in part, to any party at any time without notice to you. The Agreement may not, however, be assigned by you, and you may not delegate your duties under it. Headings are for reference purposes only and in no way define, limit, construe or describe the scope or extent of such section.

Contact Us. If you have any questions about the Agreement, Site Offerings or the practices of Company, you may email us as at: contact@disabilitypath.com; or send us mail to:

Disability Path
1875 Mission St Ste 103 #555
San Francisco, CA 94103
United States