UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Case No.: 2:25-cv-01197-JPS

CHET MICHAEL WILSON, individually
and on behalf of all others similarly situated,

    Plaintiff,

TABAK LAW, LLC,

    Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs hereby file this Notice of Voluntary Dismissal without Prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Defendant has not served an answer or a motion for summary judgment.

Dated: October 29, 2025

    PLAINTIFF,
    By his attorney,

    */s/ Anthony I. Paronich,*
    Anthony I. Paronich
    Paronich Law, P.C.
    350 Lincoln Street, Suite 2400
    Hingham, MA 02043.
    [o] (617) 485-0018
    [f] (508) 318-8100
    anthony@paronichlaw.com